**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**BRYAN BUCKLEY** **PLAINTIFF**

**v.** **CASE NO. 2:25-CV-00032-BSM**

**TRANCASA USA, INC., *et al.*** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of October, 2026.

UNITED STATES DISTRICT JUDGE